UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE OFFICE OF THE PRESIDENT OF THE UNITED STATES BARACK HUSSEIN OBAMA, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01623-LJO-MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DIRECT PLAINTIFF TO PAY FILING FEE IN FULL WITHIN TWENTY-ONE DAYS**<br><br>**(ECF No. 3)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a proceeds pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2017, the Magistrate Judge issued findings and recommendations to deny Plaintiff leave to proceed *in forma pauperis* ("IFP") on the grounds that his lawsuit was frivolous within the meaning of 28 § 1915(e)(2) and direct Plaintiff to pay the filing fee before he could proceed. (ECF No. 3.) Plaintiff was granted fourteen days to file his objections. Plaintiff's objections were filed on May 18, 2017. (ECF No. 4.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed

the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis and adopts them in full. The Court has considered Plaintiff's objections and finds them to lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The May 5, 2017 findings and recommendations (ECF No. 3) are ADOPTED in full;
2. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED;
3. Plaintiff is DIRECTED to pay the $400 filing fee in full within twenty-one (21) days of the date of this order;
4. Failure to pay the filing fee in full will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **May 25, 2017**         /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE